Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Valerie McConnell (State Bar No. 274159)
valerie@smcarthurlaw.com
THE MCARTHUR LAW FIRM PC
400 Corporate Pointe, 3rd Floor
Culver City, CA 90230
Telephone: (323) 639-4455
Attorneys for Plaintiff,
Mike Sarieddine

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE SARIEDDINE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DOWNTOWN VAPES, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2: 17-CV-08342-PA-AGR<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT** |

    BEFORE the Court is the Plaintiff Mike Sarieddine's ("Plaintiff") and Defendant Downtown Vapes, LLC's ("Defendant") Stipulation to Dismiss All Claims Against Defendant with Prejudice and enter an injunction against Defendant from selling, promoting, or marketing of any e-cigarette product that infringes the rights of U.S. Trademark Registration No. 4997336 for the mark ALIEN VAPE® and U.S. Trademark Registration No. 4517249 for the mark ALIEN VAPE. VAPE JUST GOT REAL!® (and "alien head" design) (the "Alien Trademarks"), including any e-cigarette product that prominently includes the word "ALIEN."

Having reviewed the Stipulation and the file and pleadings therein, the Court **HEREBY ORDERS**:

1. All claims against Defendant are dismissed with prejudice.
2. Plaintiff and Defendant shall bear their own costs and attorneys' fees.
3. Defendant and any person or entity acting at the direction of Defendant, including any and all agents, servants, employees, partners, owners, assignees, and any others over which Defendant exercises control, are hereby restrained and enjoined from selling, promoting, or marketing of any e-cigarette product that infringes the rights of the Alien Trademarks, including any e-cigarette product that prominently includes the word "ALIEN."
4. Assisting, aiding, or abetting any person or entity in engaging in any of the activities prohibited above.
5. This Injunction shall take effect immediately.
6. The Clerk of Court is directed to terminate Defendant as a defendant in this case.

Dated: March 15, 2018

_____
PERCY ANDERSON
United States District Judge